# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
December 2, 2013

No. 12-20095

Lyle W. Cayce
Clerk

D.C. Docket No. 4:10-CR-416

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MARY ELLIS,

    Defendant - Appellant

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before DENNIS, CLEMENT, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:
    DEC 26 2013

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
New Orleans, Louisiana